IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WALTER ALEXANDER,
    Plaintiff,

vs.                                 Case No: 5:11cv416/MMP/EMT

DR. SALVADOR,
    Defendant.

## REPORT AND RECOMMENDATION

Plaintiff initiated this action by filing a complaint on December 22, 2011, pursuant to 42 U.S.C. § 1983 (*see* doc. 1 at 1, 7), along with a motion to proceed in forma pauperis (doc. 2). In reviewing the file, the court has noted that the complaint in this case is identical to a complaint filed by Plaintiff in Case No. 4:11cv498/SPM/GRJ on September 27, 2011. In fact, on the signature page Plaintiff indicates that the instant complaint is "resubmitted," although there is some difference in the attachments filed in the two cases. In the previously-filed case, leave to proceed in forma pauperis was granted, and an initial partial filing fee was assessed on November 22, 2011. Additionally, a summons was issued for the lone Defendant on December 19, 2011.[1] It is possible that Plaintiff was unaware of this when he decided to resubmit his complaint, and this resulted in the administrative opening of an additional case. In any event, such duplicative litigation is unnecessary, and it is the recommendation of the undersigned that this case be dismissed without the assessment of the filing fee or any penalty to Plaintiff.[2] If Plaintiff wishes to file an amended complaint in Case No. 4:11cv498/SPM/GRJ, he is advised to file an appropriate motion in that case, along with a copy of the proposed amended complaint and any attachments thereto.

---

    1 The docket entry reflects "delay in issue due to error by clerk."

    2 In the event the district court rejects this recommendation, the court will revisit the issue of the filing fee and Plaintiff's ability to proceed in forma pauperis.

Accordingly it is respectfully **RECOMMENDED**:

1.       That Plaintiff's motion to proceed in forma pauperis (doc. 2) be **DENIED as moot**.

2.       That this cause be **DISMISSED without prejudice.**

At Pensacola, Florida, this 5th day of January 2012.

>  /s/ *Elizabeth M. Timothy*
>  **ELIZABETH M. TIMOTHY**
>  **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**